# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**SUMMER D. CALFROBE,**<br><br>**Defendant.** | **VIOLATIONS:**<br>**9711108, 9711111, 9711112,**<br>**9711113, 9711114, 9711115,**<br>**9711116, 9711117, 9711118,**<br>**9711119**<br><br>**Location Code: M13**<br><br>**ORDER** |

Upon motion of the United States and for good cause shown, IT IS

ORDERED that the citations are DISMISSED pursuant to Fed. R. Crim. P. 48(a).

IT IS FURTHER ORDERED that the initial appearance scheduled for September

17, 2020, is VACATED.

DATED this 16th day of September, 2020.


_____
John Johnston
United States Magistrate Judge